UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

DONALD LITTLE and TERRENCE JOHNSON, Individually and On Behalf of All Others Similarly Situated,

Plaintiffs,

-against-                                                                                        15-CV-07423-PAE

CARLO LIZZA & SONS PAVING, INC.,                               **NOTICE OF MOTION**
SHIPS POINT INDUSTRIES LTD.,
A&B CONTRACTORS LLC and ELIA ALY
LIZZA, Jointly and Severally,

  Defendants.

-------------------------------------------------------------X

PLEASE TAKE NOTICE that, upon the accompanying Affidavits of John Keeling and Aly Lizza, Jr., the Declaration of Richard B. Ziskin, the Memorandum of Law in Support of Defendants' Partial Motion to Dismiss, and upon all pleadings and proceedings heretofore had herein, Defendants Carlo Lizza & Sons Paving, Inc., Ships Point Industries Ltd. and Elia Aly Lizza will move this Court before the Honorable Judge Paul A. Engelmayer at the United States District Court for the Southern District of New York, located at 40 Centre Street, Room 2201, New York, New York 10007, on a date and time to be determined by the Court, for an Order, pursuant to Fed. R. Civ. P. 12(b)(6) and 12(c), dismissing Plaintiffs' third and fourth claims for breach of contract (NY Labor Law §220), common law unjust enrichment and common law quantum meruit in their entirety, together with such other relief as to this Court deems just, proper and equitable.

Dated:	Commack, New York
	November 18, 2015
					The Ziskin Law Firm, LLP

				By:	*Richard B. Ziskin*
					Richard B. Ziskin
					Office & P.O. Address:
					6268 Jericho Turnpike, Suite 12A
					Commack, New York 11725
					(631)462-1417

To:	Bruce Pelton, Esq.
	Pelton & Associates PC
	111 Broadway, Suite 1503
	New York, New York 10006