

THE CITY OF NEW YORK
DEPARTMENT OF DESIGN AND CONSTRUCTION
DIVISION OF INFRASTRUCTURE

30-30 THOMSON AVENUE
LONG ISLAND CITY, NEW YORK 11101-3045
TELEPHONE (718) 391-1000
WEBSITE www.nyc.gov/buildnyc

# VOLUME 3 OF 3

# SCHEDULE A
# ADDENDA NOS. 1 AND 2

FOR FURNISHING ALL LABOR AND MATERIALS NECESSARY AND REQUIRED FOR:

# PROJECT ID:    HW2CR15CW

GRINDING EXISTING ASPHALTIC CONCRETE WEARING COURSE
IN PREPARATION OF RESURFACING THEREON BY OTHERS
AT DESIGNATED LOCATIONS AS REQUIRED

Together With All Work Incidental Thereto
CITY-WIDE
CITY OF NEW YORK



FOR THE DEPARTMENT OF TRANSPORTATION
PREPARED BY
*IN-HOUSE*

**JANUARY 23, 2014**

# SECTION 6.52 CG
## Crossing Guard

**6.52CG.1.     INTENT.** This section describes the employment of full-time uniformed crossing guards to direct and detour traffic.

**6.52CG.2.     DESCRIPTION.** The Contractor shall furnish an adequate number of competent crossing guards to control vehicular and pedestrian traffic when it is necessary to maintain alternating one-way traffic in one lane of a two-way roadway, and at all other locations where construction operations, construction vehicles and equipment, and temporary traffic patterns related to the construction operations require positive temporary traffic control for safe, efficient traffic operations.

**6.52CG.3.     METHODS.** All crossing guards, whether paid for under this item or not, shall be proficient in speaking, writing and reading English and adequately trained in controlling vehicular and pedestrian traffic by a recognized training program such as that provided by the American Traffic Safety Services Association, the National Safety Council, unions or construction industry associations, or by an individual who holds a current certification as a flagger training instructor from such a program.

All crossing guards, whether paid for under this item or not, their apparel, hand-signaling devices, and procedures to be used by them shall be in compliance with the requirements of Chapter 6E. FLAGGER CONTROL, in the Federal "Manual on Uniform Traffic Control Devices for Streets and Highways" 2009 Edition, or later edition, and shall each be equipped with an active two-way radio.

Prior to the start of crossing guard operations, the Contractor shall provide to the Engineer a list of certified crossing guards to be used in the contract, identifying the source of crossing guard training for each individual.  When requested by the Engineer, crossing guards shall demonstrate their competency in crossing guard procedures.  Crossing guards not competent in controlling vehicular and pedestrian traffic procedures to the satisfaction of the Engineer shall be retrained or replaced at once.  Each crossing guard paid under this item must be a full-time crossing guard.  If any worker performing services under this item is also assigned the task of directing construction equipment (as per attached Example #2, worker acting as a flagperson 'A') or any laborer tasks, then such worker shall be deemed to be subject to the provisions of Labor Law §220 Prevailing Wage Schedule and will not be paid for under this Item.

**6.52CG.4.     MEASUREMENT.** The quantity to be measured for payment shall be the number of person-hours of uniformed crossing guard service actually performed, as authorized by the Engineer.  Laborers who are not full-time crossing guard will not be measured for payment as crossing guards under this or any other item.  Each uniformed crossing guard shall be required to work a minimum of eight (8) hours a day and the Contractor will be given a minimum of twelve (12) hours advanced notice by the Engineer as to when to furnish a crossing guard.

**6.52CG.5.     PRICE TO COVER.** The contract price per person-hour shall cover the cost of all labor, materials, equipment, and insurance necessary to employ a uniformed full-time crossing guard, and equip him/her with safety vests, hard hats, and signaling devices, including all other incidental costs necessary to control and detour traffic, as shown on the Contract Drawings, the Examples #1 and #2 on pages 395 and 396 (excluding worker acting as a flagperson "A" in Example #2), or as directed by the Engineer.

02/24/2014

A1-2n

A1-20

Payment for flagperson "A" in Example #2, shall be deemed to be included under other items of work, as appropriate.

Where there is no scheduled item for Crossing Guard, the cost of furnishing Crossing Guards as required shall be deemed included in the unit price bid for the Maintenance and Protection of Traffic item.

*Payment will be made under:*

| Item No. | Item | Pay Unit |
|---|---|---|
| 6.52 CG | CROSSING GUARD | PERSON-HOUR (P/HR) |

02/24/2014

A1-2o