STATE OF NEW YORK
DEPARTMENT OF LABOR

# MEMORANDUM

DATE: March 5, 2002

TO: All Investigative Staff

FROM: Christopher D. Alund

RE: Supply of Asphalt/Concrete

---

I am writing to clarify the recent change in our material supply policy.

Currently, as of March 1, the **ONLY** area in which the Bureau has established that drivers hauling asphalt and/or concrete from commercial plants to or from a public work project will be covered by a prevailing wage rate is Nassau and Suffolk counties on Long Island. For the rest of the State, at this time, there is no change. In the event a determination is made that drivers hauling such materials to or from public work projects from commercial plants should be covered by a prevailing rate, the Bureau will make a determination of the proper rate to be paid to such drivers and will make notice of this change available to all interested parties. A reasonable predetermined time period will be allowed before implementing and enforcing any additional change.

If you have any questions, please contact me.

CA:he

cc: C. Varcasia
    J. Tracy

380