USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/17/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

DONALD LITTLE and TERRENCE JOHNSON,
*Individually and on Behalf of All Others Similarly Situated*,

          Plaintiffs,

-v-

CARLO LIZZA & SONS PAVING, INC., SHIPS POINT INDUSTRIES LTD., A&B CONTRACTORS LLC, ELIA ALY LIZZA,

          Defendants.

------------------------------------------------------------X

15 Civ. 7423 (PAE)

OPINION & ORDER

PAUL A. ENGELMAYER, District Judge:

On June 21, 2018, the parties submitted to the Court an application for approval of a proposed FLSA settlement in this matter, Dkt. 126, pursuant to a Settlement Agreement between the parties, Dkt. 126-1. The Court has carefully reviewed the parties' Settlement Agreement, and is satisfied, substantially for the reasons stated in the parties' application, that the settlement of the plaintiffs' claims is fair and reasonable so as to satisfy the standard set forth in *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015). Plaintiffs' application for approval of the settlement is therefore granted. This matter is dismissed, with prejudice.

SO ORDERED.

                                      *Paul A. Engelmayer*
                                      Paul A. Engelmayer
                                      United States District Judge

Dated: September 17, 2018
        New York, New York